1                                   NOT FOR PUBLICATION

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   Seferino Castro Perez,               )    No. CV05-2051-PHX-SRB

                                       )

10            Petitioner,          )    **ORDER**

                                       )

11   vs.                               )

                                       )

12                                        )

  Dora Schriro; Arizona Attorney   )

13   General,                     )

             Respondents.      )

14                                        )

  _____ )

15

16

17          Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254

18 on July 11, 2005.  On January 30, 2006, Respondents filed their answer to Petitioner's

Petition for Writ of Habeas Corpus.  No reply was filed.  On April 19, 2006, the Magistrate

19 Judge issued his Report and Recommendation recommending that the petition be denied and

20 dismissed with prejudice because Petitioner did not file his federal habeas action within the

21 one-year period specified by the AEDPA.

22          In his Report and Recommendation the Magistrate Judge advised the parties that they

23 had 10 days from the date of service of a copy of the Report and Recommendation within

24 which to file specific written objections with the Court.   The time to file such objections has

25 long since expired and no objections to the Report and Recommendation have been filed.

26          The Court finds itself in agreement with the Report and Recommendation of the

27 Magistrate Judge.

28

1    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge

2  as the order of this Court.

3    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied.

4    IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

5

6    DATED this 31st day of May, 2006.

7

8

9    _____

10    Susan R. Bolton
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28